IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDY LEE DUNNAVANT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 2:23-cv-103-ECM |
| ) | |
| HANSEN & ADKINS AUTO ) | |
| TRANSPORT, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On March 6, 2023, the parties informed the Court that a settlement has been reached in this case between the Plaintiffs and Defendant Geico Casualty Company ("Geico"). (Doc. 19). Upon consideration of the motion, it is

ORDERED that this case is DISMISSED with prejudice as to Geico, with each party to bear their own costs. The case remains open as to all other Defendants.

DONE this 8th day of March, 2023.

                                        /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE